12-4-2013

2:06cv899 DB

U.S. District court,

    I feel that the Utah Board of Pardons and Parole are in a Gross abuse of Discretion in their decision in my Hearing, which I also feel is illegal.

    The Utah Board of Pardon and Parole, who seems to think that they are a part of the Judicial system, has desided for me to Expirate my 1 to 15 year sentence, without the chance for Parole.

    All because, I conpleated the first phase of my Treatment, and was due to take a up coming Polygraph which I gratly feard, knowing that a failed or false reading would take me back to Prison, and I walked away from the half-way-house.

    I do have document of the above, showing That they did recognized That I did fear the Polygraph.

    The Utah Board of Pardon and Parole has faild To recognize that fear is a powerful thing: it can over ride logical Thinking and produce irrational Behavior, and has faild to understand my mental state at the time.

    And that here, in 2010, I was reasently diaganosed with: provasive Developmental Disorder, by The Florida Department of corrections (Reception medical Center, ATTN, Inactive medical Record, P.O. Box 628, Lake Butler, Florida 32054, (386) 496-6497))
also, in 2000, I was diagazosed with: Aspergers Disorder, By: Dr. Mark Smasal, Clinical Psychologist, P.O. Box 1430, ST. George Utah 84771 (435-656-8776)
which go to say that I may not have had The logical Thinking any way.

RECEIVED CLERK
DEC 06 2013
U.S. DISTRICT COURT

Page 2

As it may be, I have been sentence in 2001 upon this 1 to 15 year sentence with out any pending charges, and, I have a 64 months sentencing matrix, in which, I have already spent 113 months on this sentence, with 67 months to go. ( 49 months over my sentence matrix) and being forced to do the remaining 67 months.

This is injustia, can charges be brought against the Utah Board of Pardon and parole.?
I would like to talk to some one about filing the charges.
I have paper work to prove this.

Timothy HARNER #250360
Weber County Jail
P.O. Box  14000
Ogden, Utah  84412

Inmate Name Timothy HARJCR
Inmate Number 250360
Inmate Housing G 627
P.O. Box 14000
Weber County Jail
Ogden, Utah 84412

United States District Court
350 South Main Street
Room 150
Salt Lake City, Utah 84101

SALT LAKE CITY UT 840
05 DEC 2013 PM 4 L

FOREVER
FIRST-CLASS
USA

8410121802S